AUGUSTINE V. CAMMARATA, *ET AL.*, PLAINTIFFS-PETI-
TIONERS, v. ESSEX COUNTY PARK COMMISSION, *ET
AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 46 *N. J. Super.* 262.

*Mr. Doane Regan* and *Mr. Abraham L. Friedman* for the
petitioners.

*Messrs. Darby & McDonough* and *Mr. William G. Wood*
for the respondents.

November 12, 1957. Granted.

COLLEEN CLARK KAHALILI, PLAINTIFF-PETITIONER,
CROSS-RESPONDENT, v. ROSECLIFF REALTY, INC., DE-
FENDANT-RESPONDENT, CROSS-PETITIONER.

See same case below: 46 *N. J. Super.* 1.

*Mr. Sigmund Auerbach* for the petitioner, cross-respondent.

*Messrs. Winne & Banta* for the respondent, cross-petitioner.

November 12, 1957. Granted.